### NORTHERN DISTRICT:
#### Cleveland, Youngstown, Toledo

**Eastern Division**—Ashland, Ashtabula, Carroll, Columbiana, Crawford, Cuyahoga, Geauga, Holmes, Lake, Lorain, Mahoning, Medina, Portage, Richland, Stark, Summit, Trumbull, Tuscarawas and Wayne.

**Western Division**—Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca, Van Wert, Williams, Wood and Wyandot.

### SOUTHERN DISTRICT:
#### Cincinnati, Dayton, Columbus

**Eastern Division** — Athens, Belmont, Coshocton, Delaware, Fairfield, Fayette, Franklin, Gallia, Guernsey, Harrison, Hancock, Jackson, Jefferson, Knox, Licking, Logan, Madison, Meigs, Monroe, Morgan, Morrow, Muskingum, Noble, Perry, Pickaway, Pike, Ross, Union, Vinton and Washington.

**Western Division**—Adams, Brown, Butler, Champaign, Clark, Clermont, Clinton, Darke, Green, Hamilton, Highland, Lawrence, Miami, Montgomery, Preble, Scioto, Shelby and Warren.

### JUDICIARY, PLACES AND TERMS OF COURT

#### NORTHERN DISTRICT:

**Judges** — D. C. Westenhaver, Cleveland; John M. Killets, Toledo.

**Clerk**—Bertrand C. Miller, Federal Building, Cleveland.

**Chief Deputy**—Fred T. Denzler.

**District Attorney**—Edwin S. Wertz, Cleveland.
**Assistants**—Joseph C. Breitenstein, B. W. Henderson, G. J. Pilliod, for Cleveland—Geo. Effler, Geo. E. Reed, for Toledo.

**U. S. Marshal**—George W. Stauffer, Ottawa.
**Chief Deputy**—O. Krichbaum
**Deputies**—H. D. Lingefelter, A. L. Gibson, D. C. Mahon, Chas. E. Pierce, Robt. S. Gawne, for Cleveland—Geo. R. Weeks, Elmer Flick, John L. Cass, Robert Neill, for Toledo.

**Deputies**—O. Kirchbaum, Norma Lapp, E. J. Dolan, Cleveland; Arthur J. Christy, S. W. Frankowski, Toledo.

**Terms of Court. Eastern Division—**
At Cleveland. First Tuesday in February, April and October.
At Youngstown. First Tuesday after the first Monday of March.

Any suit brought in Eastern Division may be tried at Youngstown term, which is a trial term only. All filings in cases transferred to Youngstown term may be made at Cleveland, except during Youngstown term.

Present term at Cleveland began September 9; at Youngstown—

**Western Division—at Toledo—**
On the last Tuesday in April and October;
Both divisions have the same set of officers.

The Clerk and Marshal each has an office and deputies in regular attendance, at both Cleveland and Toledo.

#### SOUTHERN DISTRICT:

**Judges**—John E. Sater, Columbus; John W. Peck, Cincinnati.

**Clerk**—Boyd E. Dilley, Cincinnati; Harry F. Rabe, Cincinnati, Chief Deputy.

**District Attorney**—James R. Clark, Cincinnati.

**Assistants**—Thomas Morrow, Allen C. Roudebush, Richard T. Dickerson, Cincinnati; Wiliam J. Ford, Richard T. Dickerson, Columbus.

**Terms of Court—Eastern Division—**
At Columbus, on the first Tuesday of June and December.
At Dayton, on the first Monday in May and November.

Any suit that may be brought in the Southern District may be instituted, tried and determined at Dayton term.

**Western Division—At Cincinnati, on the first Tuesday in February, April and October.**

Both divisions have the same set of officers, but the Clerk and Marshal each has an office and deputies in regular attendance in both Columbus and Cincinnati.

### Notice to the Bar

1. Cases must be ordered for trial not less than thirty days before the first day of the term.

2. A list of all cases thus ordered for trial shall be printed by the clerk, and a copy thereof shall be sent to each counsel of record, at least five days before the preliminary call, with notice of the time when the call will take place. Failure to receive the copy or notice will not excuse counsel from attending the call.

3. In order to enable the Court properly to prepare a day by day calendar, a preliminary call of the entire list will be had at a time to be notified as above provided. The Court will understand that cases not then answered to are ready for trial upon any day that may be designated.

Application for continuance, and all other applications affecting the list, of which at least twenty-four hours' notice must be given to opposing counsel, must be made upon this call, and not afterwards, except for reasons thereafter arising.

4. After the call is finished, the day by day calendar for the term will be prepared, and a copy thereof immediately sent to each counsel of record, but a failure to receive such copy will not be a ground for a continuance.

### U. S. DISTRICT COURT CASES
No. 70

AYULO v. MULLEN, THOMPSON & JAMES CO

No. 10749 U. S. District Court, N. D. Ohio E. D.
April 4, 1922

For Full Opinion see 283 Fed. 863

CONTRACTS—War time restrictions—Unlicensed dealer contracts with—War not terminated until so proclaimed.

WESTENHAVER, J.:
#### Epitomized Opinion

Action at law to recover on contract. Heard on demurrer to second defense of amended answer. Overruled.

Under the President's proclamations of Sept. 7, 1917, and Oct. 8, 1917, all persons or firms engaged in importing or distributing sugar were required to obtain a license. The plaintiff, not having obtained such a license, sued defendant on a contract to deliver sugar. The second defense set up the section of the war act, providing that its provisions ceased to be in effect when the state of war was terminated. It was held:

1. That the plaintiff, being an unlicensed dealer, could not maintain the action, and

2. That the armistice did not of itself terminate the war, but the war time legislation continued in force until the proclamation declaring it terminated.

Attorneys—Garfield, McGregor & Baldwin, for plaintiff; Weed, Rothenberg, McMorris & Smith, for defendant.

## U. S. COMMISSIONERS

**Northern District**
Akron—Dow W. Harter.
Canton—Julius Whiting, Jr.
Cleveland — J. B. Waterworth, Otto J. Zinner, E. J. Hopple.
Toledo—Frank C. Crane, Fred W. Gaines.
Youngstown—Clifford M. Woodside.

**Southern District**
Bellefontaine—J. E. West.
Chillicothe—L. E. Evans.
Cincinnati—E. M. Hurley, T. M. Gregory.

Columbus—Henry Gumble, F. J. Wright.
Dayton—C. W. Levy.
Gallipolis—H. C. Johnston.
Ironton—Thos. A. Jenkins.
Marietta—T. J. Summers.
Portsmouth—John F. Johney.
Springfield—F. A. Johnston.
Steubenville—W. D. Miller.
Zanesville—F. F. Frazier.
Washington C. H.—A. C. Patton.
Steubenville—C. A. Vail.
Zanesville—E. R. Myer.
Eaton—A. M. Crisler.